# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JAIME MEDINA | * | CIVIL ACTION NO. _____ |
| | * | |
| VS. | * | JUDGE: |
| | * | |
| REEL PIPE L.L.C. and OFFSHORE | * | MAGISTRATE: |
| SERVICE VESSELS, L.L.C. and | * | |
| GALLIANO MARINE SERVICE, L.L.C. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE AND JURY OF THE COURT:

COMES NOW, Jamie Medina hereinafter referred to as "Plaintiff", complaining of and against Reel Pipe, L.L.C. "Reel" and Offshore Service Vessels, L.L.C. "Offshore" and Galliano Marine Service, L.L.C. "Galliano" hereinafter called "Defendants" and for causes of action would show unto the Court and Jury the following:

## PARTIES

1. Plaintiff, Jamie Medina is a resident of Tarrant County, Texas.

2. Reel Pipe, L.L.C., a corporation that is incorporated under the laws of the State of Louisiana. Defendant has its principal place of business in the State of Louisiana and may be served with process by serving its registered agent, Gary Chouest at 16201 E. Main, Galliano, Louisiana, 70354.

3. Offshore Vessels, L.L.C., a corporation that is incorporated under the laws of the State of Louisiana. Defendant has its principal place of business in the State of Louisiana and may be served with process by serving its registered agent, Gary Chouest at 16201 E. Main, Galliano, Louisiana, 70354.

4. Galliano Marine Service, L.L.C., a corporation that is incorporated under the laws of the State of Louisiana. Defendant has its principal place of business in the State of Louisiana and may be served with process by serving its registered agent, Gary Chouest at 16201 E. Main, Galliano, Louisiana, 70354.

## JURISDICTION & VENUE

5. The court has jurisdiction over this matter under 28 U.S.C. § 1333 in that the plaintiff's claims arise under 46 U.S.C. § 30101, commonly known as the "Jones Act". Venue is proper in this court based on 46 U.S.C. § 30104(b) in that the principal office of each of the defendants is located within the geographical boundaries of this court. Plaintiff's damages exceed the jurisdictional limit of $75,000.00.

## FACTS

6. At all times material to this action, Defendant Galliano Marine Services, L.L.C. and/or Defendant Offshore Vessels, L.L.C. employed the Plaintiff in the capacity of a QMED and as a member of the crew of the M/V Joshua Chouest.

7. At all times material to this action, Defendant Reel Pipe, L.L.C. owned the M/V Joshua Chouest.

8. On August 21, 2009 Mr. Medina was readying the vessel for crew change. As a part of his duties he had changed the oil and filter on a generator, disposed of the filter and was going from the main deck to the control room.

9. As he started to walk down the stairs, he stepped on the stairwell kick plate, unaware that the kick plate was not secured to the deck. The kick plate moved causing Mr. Medina to lose his footing and fall down the stairwell. During his fall he attempted to grab the hand rail with his right hand to stop himself, severely injuring his right shoulder, right wrist

and hand, as well as, his cervical and lumbar spine.

## JONES ACT NEGLIGENCE

10. The fall and resulting injuries to Mr. Medina were caused by the negligence of the defendants in the following non-exclusive particulars:

 a. Failure to secure the kick plate in question to the deck;

 b. Failure to warn Mr. Medina of the unsecured kick plate;

 c. Failure to follow applicable safety guideline and regulations;

 d. Failure to provide a safe place to work; and

 e. Other acts and/or omissions which may be shown at trial.

## UNSEAWORTHINESS

11. Plaintiff's injuries and resulting damages were caused by the defendants' breach of their absolute duty to furnish a seaworthy vessel. The M/V Joshua Chouest was rendered unseaworthy in the following non-exclusive particulars:

 a. By the failure to provide a safe place to work;

 b. By the failure to secure the kick plate in question to the deck;

 c. By the failure to warn the Plaintiff of the unsafe condition of the kick plate in question;

 d. By the failure to follow applicable safety guidelines and regulations; and

 e. By other acts and/omissions which may be shown at trial.

## DAMAGES

12. As a direct and proximate result of the defendants' conduct and the unseaworthiness of the M/V Joshua Chouest, Mr. Medina has suffered, and will suffer in the future, the following injuries and damages:

  a. Lost earnings, including wages and fringe benefits;

  b. Mental anguish in the past and future;

  c. Physical pain and suffering in the past and future;

  d. Loss of earning capacity;

  e. Physical impairment in the past and future;

  f. Disfigurement in the past and future; and

  g. Other damages provided by law or which may be shown at trial.

13. For these reasons, plaintiff asks for judgment against the defendants, Reel Pipe, L.L.C., Offshore Service Vessels, L.L.C., and Galliano Marine Service, L.L.C. jointly, severally and in solido for the following:

  a. Actual damages in the amount of five million dollars ($5,000.000.00);

  b. Prejudgment and post judgment interest;

  c. Costs of suit; and

  d. All other relief the court deems appropriate.

## JURY DEMAND

14. Plaintiff has requested a trial by jury and has tendered the appropriate fee.

## PRAYER

WHEREFORE, Plaintiff prays that Defendants be cited to appear and answer therein and that after trial on the merits, Plaintiff have and recover against Defendants the relief requested above, together with costs of suit, pre-and-post judgment interest, and such other and further relief, both general and specific, to which Plaintiff may show himself justly entitled.

Service of process is by waiver pursuant to Rule 4(d) of the F.R.C.P.

Respectfully submitted:

THE SHELTON LAW FIRM

s/ Michael E. Shelton
Michael E. Shelton
Louisiana State Bar No. 12003
Texas State Bar No. 18208500
2777 Allen Parkway, 14th Floor
Houston, Texas 77019
Telephone: 713.807.0700
Facsimile: 713.400.4086
mshelton@shelton.law.pro

ATTORNEY FOR PLAINTIFF