UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAIME MEDINA | CIVIL ACTION NO. 2:11-cv-03142 |
| VERSUS | SECTION: "N"(2) |
| REEL PIPE L.L.C., OFFSHORE SERVICE VESSELS, L.L.C. and | HON. KURT D. ENGELHARDT |
| GALLIANO MARINE SERVICE, L.L.C. | MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that this action be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 1st day of April, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT

PD.8446970.1

1